UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YULIA CHEREPENNIKOVA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KROGER CO., and QUALITY FOOD CENTERS, INC.,<br><br>Defendants. | Case No. 2:26-cv-00724-RSM<br><br>ORDER |

THIS MATTER having come before the Court upon the foregoing Stipulation of the Parties and good cause shown, IT IS HEREBY ORDERED that this case shall be TRANSFERRED to the United States District Court for the Southern District of Ohio pursuant to 28 U.S.C. § 1404(a).

SO ORDERED this 6th day of May, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

- 1 -